AO 245D (Rev. 03/06) Judgment in a Criminal Case for Revocations
Sheet 1

**FILED**
DEC 10 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

# UNITED STATES DISTRICT COURT
SOUTHERN District of ILLINOIS

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| KEITH J. CRAIG | Case Number: 03-CR-40082-002-MJR |
| | USM Number: 06251-025 |
| | Daniel Cronin |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s) as listed below of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Statutory | The offender committed the offense of No Seat Belt. (admits) | 10/01/2010 |
| | The offender committed the offense of Unlawful Possession with Intent to Distribute Marihuana. (finding of guilty) | 10/29/2010 |

The defendant is sentenced as provided in pages 2 through __4__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has not violated condition(s) ___see below___ and is discharged as to such violation(s) condition.

unlawful possession of a controlled substance-marijuana 10/29/10; associating with a person convicted of a felony 10/29/10

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| Defendant's Soc. Sec. No.: ***-**-7767 | December 09, 2010 |
| Defendant's Date of Birth: **-**-1979 | Date of Imposition of Judgment |
| | _Michael J. Reagan_ (signature) |
| | Signature of Judge |
| Defendant's Residence Address: | |
| City: Mt. Vernon | |
| State: Illinois | MICHAEL J. REAGAN, U.S. DISTRICT JUDGE |
| | Name and Title of Judge |
| | 12-10-2010 |
| Defendant's Mailing Address: | Date |

AO 245D    (Rev. 03/06) Judgment in a Criminal Case for Revocations
           Sheet 1A

Judgment—Page __2__ of __4__

DEFENDANT:      KEITH J. CRAIG
CASE NUMBER:    03-CR-40082-002-MJR

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Standard | The offender has failed to make a monthly payment towards the fine since the commencement of the term of supervised release.<br>(admits the government has sufficient evidence to prove by a preponderance) | |
| Standard #2 | The offender failed to submit a written report within the first five days of the month for the months of June 2010 and September 2010.<br>(admits) | 09/2010 |
| Standard #6 | The offender changed residences without notifying the probation officer.<br>(finding of guilty) | 10/27/2010 |
| Special | The offender failed to call the On-Site Drug Testing Program for reporting instructions on February 6, 2010; February 7, 2010; February 12, 2010; February 16, 2010; February 21, 2010; February 22, 2010; February 23, 2010; February 27, 2010; March 1, 2010; March 2, 2010; March 27, 2010; April 23, 2010; April 24, 2010; April 28, 2010; May 1, 2010; May 2, 2010; May 4, 2010; May 17, 2010; May 19, 2010; June 17, 2010; July 4, 2010.<br>(admits) | 07/04/2010 |
| | The offender failed to report for urinalysis.<br>(finding of guilty) | 04/12/2010 |
| | The offender failed to attend substance abuse counseling.<br>(finding of guilty) | 03/31/2010 |
| | The offender failed to attend his two required substance abuse counseling sessions during the month of April 2010.<br>(finding of guilty) | 04/2010 |

AO 245D    (Rev. 03/06 Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page 3 of 4

DEFENDANT:     KEITH J. CRAIG
CASE NUMBER:   03-CR-40082-002-MJR

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :
19 months, this term consists of 19 months on the Grade A violation, (possession with intent to distribute marihuana) and 5 months on all C violations, all such terms to run concurrently.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245D    (Rev. 03/06) Judgment in a Criminal Case for Revocations
           Sheet 3 — Supervised Release

Judgment—Page __4__ of __4__

**DEFENDANT:** KEITH J. CRAIG
**CASE NUMBER:** 03-CR-40082-002-MJR

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :
   4 Years

All standard, statutory and special conditions of supervised release previously imposed shall continue to remain in full force.

   The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days after being released on supervision and at least two periodic drug tests thereafter, not to exceed 52 test in a one year period.

- ☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)
- ☒ The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)
- ☒ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)
- ☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)
- ☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

   If this judgment imposes a fine or restitution, it is be a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

   The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

All previous terms and conditions of supervised release remain in effect.

# STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.